# Court of Appeals
## Tenth Appellate District of Texas

10-25-00389-CR

Khaaron Montel McGowan,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2023-447-C1

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Khaaron Montel McGowan appealed the trial court's judgment of conviction signed on October 16, 2025. On December 16, 2025, McGowan filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). McGowan's attorney attached a signed statement from McGowan evidencing his desire to dismiss the appeal and his attorney has signed the motion to dismiss. *See* TEX. R. APP. P. 42.2(a).

Accordingly, McGowan's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  December 23, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Appeal dismissed
Do not publish
CRPM

